# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE AVILA,<br><br>                                  Plaintiff,<br>   vs.<br><br>NATIONAL CREDITORS CONNECTION, INC.; CITIMORTGAGE, INC.,<br><br>                                Defendants. | CASE NO. 12-CV-664 JLS (WMc)<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>(ECF No. 5) |

     Presently before the Court is Defendant CitiMortgage, Inc.'s motion to dismiss Plaintiff's Complaint. (ECF No. 5.)  The motion hearing is set for July 6, 2012.  Plaintiff's opposition is **DUE BY** June 8, 2012, and Defendants' reply is **DUE BY** June 15, 2012.

     **IT IS SO ORDERED**.

DATED: May 11, 2012

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge

- 1 -

12cv664