1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11 RENE AVILA,

CASE NO. 12-CV-664 JLS (WMc)

12

**ORDER VACATING HEARING**

Plaintiff,

13    vs.

(ECF No. 8)

14 NATIONAL CREDITORS CONNECTION,
INC.; CITIMORTGAGE, INC.,

15

16

Defendants.

17

18         Presently before the Court is Defendant CitiMortgage, Inc.'s motion to dismiss Plaintiff's

19 Amended Complaint. (ECF No. 8.)  The motion hearing set for August 2, 2012 is **HEREBY**

20 **VACATED**, and the matter is taken under submission without oral argument pursuant to Civil

21 Local Rule 7.1(d)(1).

22         **IT IS SO ORDERED**.

23

24 DATED:  July 26, 2012

25                                    _Janis L. Sammartino_____

26                                    Honorable Janis L. Sammartino
                                     United States District Judge

27

28

12cv664